IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**VICTORIA JEFFREY**,                              Civil Case No. 10-1218-KI

                Plaintiff,

                                     JUDGMENT

   vs.

**DANIEL N. GORDON, P.C.**,

                Defendant.


      Joshua Trigsted
      Trigsted Law Group, P.C.
      5200 SW Meadows Road, Suite 150
      Lake Oswego, Oregon  97035

           Attorney for Plaintiff

      Jonathan M. Radmacher
      Kjersten H. Turpen
      McEwen Gisvold LLP
      1100 SW Sixth Avenue
      Portland, Oregon  97204

           Attorneys for Defendant

KING, Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

Dated this _____25th_____ day of May, 2011.


_____/s/ Garr M. King_____
Garr M. King
United States District Judge